UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN DAVIS,<br><br>        Petitioner,<br><br>v.<br><br>COVELLO, Warden<br><br>        Respondent. | Case No.: 19cv1487 GPC (BGS)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT, WESTERN DIVISION** |

  Petitioner, a state prisoner proceeding pro se, has filed a petition for writ habeas corpus pursuant to 28 U.S.C.A. § 2254. Upon reviewing the petition, the Court finds that this case should be transferred in the interest of justice.

  A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). Petitioner's state court conviction occurred in Los Angeles County Superior Court, which is located within the jurisdictional boundaries of the United States District Court for the Central District of California, Western Division. *See* 28 U.S.C. § 84(c)(2). Petitioner is presently confined at R.J. Donovan Correctional Facility, located in San Diego County, which is within the jurisdictional boundaries of the United States District Court for the Southern District of

California. 28 U.S.C. § 84(d). Thus, jurisdiction exists in both the Central and Southern Districts.

When a habeas petitioner is challenging a judgment of conviction, the district court of the district in which the judgment of conviction was entered is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, it is generally the practice of the district courts in California to transfer habeas actions questioning judgments of conviction to the district in which the judgment was entered. Any and all records, witnesses and evidence necessary for the resolution of Petitioner's contentions are available in Los Angeles County. *See Braden*, 410 U.S. at 497, 499 n.15 (stating that a court can, of course, transfer habeas cases to the district of conviction which is ordinarily a more convenient forum); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Therefore, in the furtherance of justice, **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States District Court for the Central District of California, Western Division. *See* 28 U.S.C. § 2241(d). **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order upon Petitioner and upon the California Attorney General.

IT IS SO ORDERED.

Dated: August 19, 2019

Hon. Gonzalo P. Curiel
United States District Judge